UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TIMOTHY MCELROY, | Civil No. C20-5465-SKV |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to offer the claimant the opportunity for a de novo hearing, reevaluate the medical and testimonial evidence, reconsider the possible applicability of Acquiescence Ruling 97-4(9), and issue a new decision.  Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

DATED this 7th day of September 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Page 1        [ORDER - C20-5465-SKV]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2522
Fax:  (206) 615-2531
david.burdett@ssa.gov